## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BOCCI DESIGN & MANUFACTURING, INC.

Plaintiff,

v.

PRADO AMERICA, LLC, INTERTEK TESTING SERVICES NA, INC.,

Defendants.

C.A. No. 25-1307-JLH-LDH

## **ORDER**

At Wilmington this 5th day of June, 2026;

WHEREAS, Magistrate Judge Hatcher issued her Report & Recommendation on May 21, 2026 (D.I. 58, the "R&R"), recommending that the Court deny Plaintiff's motion to dismiss (D.I. 31) as moot;

WHEREAS, the deadline to object to the R&R under Fed. R. Civ. P. 72(b) was June 4, 2026, and no such objection was filed, *see also* 28 U.S.C. § 636(b)(1)(A), (B); and

WHEREAS, the Court has reviewed the R&R and finds no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that

1. The R&R (D.I. 58) is ADOPTED

2. Plaintiff's motion to dismiss (D.I. 31) is DENIED as MOOT.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE